## Douglas E. ROBINSON, Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 78301.

Missouri Court of Appeals, Eastern District, Division Four.

April 17, 2001.

Nancy A. McKerrow, Assistant Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before LAWRENCE E. MOONEY, P.J., PAUL J. SIMON, J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Douglas E. Robinson (Appellant) appeals from the judgment of the trial court denying Appellant's Rule 24.035[1] motion to vacate his conviction after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and conclude that Appellant's point on appeal has not been properly preserved for review. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

1. All rule references are to Mo.R.Crim.P. 2001, unless otherwise indicated.